# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: THE AXXION GROUP, LLC | § | Case No.  114-42320 |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD J. McCORD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $0.00<br>*(without deducting any secured claims)* | Assets Exempt:  N/A |
| Total Distribution to Claimants: $3,676,686.73 | Claims Discharged<br>Without Payment: N/A |
| Total Expenses of Administration: $1,040,794.18 | |

3)  Total gross receipts of $    4,717,480.91   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $          0.00     (see **Exhibit 2**), yielded net receipts of  $4,717,480.91 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $115,504,145.65 | $116,120,011.53 | $65,405,836.52 | $3,676,686.73 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,040,794.18 | 1,040,794.18 | 1,040,794.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 343,400.40 | 68,096.42 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $115,847,546.05 | $117,228,902.13 | $66,446,630.70 | $4,717,480.91 |

4)  This case was originally filed under Chapter 7 on May 09, 2014.
The case was pending for 84 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __05/06/2021_____    By:  _/s/RICHARD J. McCORD_____
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Seller Credit for RE Taxes | 1110-000 | 5,954.91 |
| PARKING LOT- 241-02 MERRICK BLVD | 1110-000 | 785,254.33 |
| PARKING LOT-242 STREET ROSEDALE, NY | 1110-000 | 785,254.33 |
| PARKING LOT- 133-64 242ND STREET | 1110-000 | 785,254.33 |
| PARKING LOT-134-23 BROOKVILLE BLVD | 1110-000 | 785,254.33 |
| PARKING LOT - 134-11 BROOKVILLE BLVD | 1110-000 | 785,254.33 |
| PARKING LOT-240-10 MERRICK BLVD | 1110-000 | 785,254.35 |
| **TOTAL GROSS RECEIPTS** | | $4,717,480.91 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DLJ Mortgage Capital, Inc. | 4110-000 | 65,405,863.52 | 65,405,836.52 | 65,405,836.52 | 3,676,686.73 |
| 2 | Jeffrey Siegel & Richard Siegel | 4110-000 | 50,000,000.00 | 6,087,489.00 | 0.00 | 0.00 |
| 3 | Richard Siegel | 4110-000 | N/A | 5,577,134.40 | 0.00 | 0.00 |
| 4 | Blue Ridge Farms Inc. | 4110-000 | N/A | 35,942,804.76 | 0.00 | 0.00 |
| 5 | Moonlight Managment Ltd | 4110-000 | N/A | 1,500,000.00 | 0.00 | 0.00 |
| 6 | Garden Market Inc. | 4110-000 | N/A | 1,500,000.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Novato 2012 LLC | 4110-000 | 90,000.00 | 106,746.85 | 0.00 | 0.00 |
| NOTFILED | NYS Dept of Taxation | 4700-000 | 1,082.13 | N/A | N/A | 0.00 |
| NOTFILED | Environmental Control Board | 4700-000 | 7,200.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $115,504,145.65 | $116,120,011.53 | $65,405,836.52 | $3,676,686.73 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Richard J. McCord | 2100-000 | N/A | 131,484.84 | 131,484.84 | 131,484.84 |
| Attorney for Trustee Fees (Trustee Firm) - Certilman Balin Adler & Hyman, LLP | 3110-000 | N/A | 93,750.00 | 93,750.00 | 93,750.00 |
| Accountant for Trustee Fees (Trustee Firm) - EisnerAmper LLP | 3310-000 | N/A | 7,500.00 | 7,500.00 | 7,500.00 |
| Attorney for Trustee Fees (Trustee Firm) - Certiman Balin Adler & Hyman, LLP | 3110-000 | N/A | 40,934.10 | 40,934.10 | 40,934.10 |
| Other - MYC & Associates, Inc. | 3520-000 | N/A | 8,514.43 | 8,514.43 | 8,514.43 |
| Other - MYC & Associates, Inc. | 3510-000 | N/A | 243,000.00 | 243,000.00 | 243,000.00 |
| Other - IVY CIP Land Holdings LLC | 2990-000 | N/A | 67,500.00 | 67,500.00 | 67,500.00 |
| Other - First Nationwide Title | 2500-000 | N/A | 1,170.00 | 1,170.00 | 1,170.00 |
| Other - First Nationwide Title | 2500-000 | N/A | 16,200.00 | 16,200.00 | 16,200.00 |
| Other - First Nationwide Title | 2500-000 | N/A | 106,312.50 | 106,312.50 | 106,312.50 |
| Other - First Nationwide Title | 2500-000 | N/A | 202,901.35 | 202,901.35 | 202,901.35 |
| Other - First Nationwide Title | 2500-000 | N/A | 56.25 | 56.25 | 56.25 |
| Other - First Nationwide Title | 2500-000 | N/A | 121,486.74 | 121,486.74 | 121,486.74 |
| Other - First Natiionwide Title Agency LLC | 2500-000 | N/A | 16.03 | 16.03 | 16.03 |
| Other - First Natiionwide Title Agency LLC | 2500-000 | N/A | -32.06 | -32.06 | -32.06 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,040,794.18 | $1,040,794.18 | $1,040,794.18 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | NYCTL 2014-A Trust | 7200-000 | 156,300.00 | 20,934.77 | 0.00 | 0.00 |
| 9 | NYCTL 2014-A Trust | 7200-000 | 156,300.00 | 47,161.65 | 0.00 | 0.00 |
| NOTFILED | Gersten Savage LLP | 7100-000 | 27,036.76 | N/A | N/A | 0.00 |
| NOTFILED | Morvilllo & Abramowitz | 7100-000 | 3,763.64 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $343,400.40 | $68,096.42 | $0.00 | $0.00 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 114-42320 | **Trustee:** (521290) RICHARD J. McCORD |
| **Case Name:** THE AXXION GROUP, LLC | **Filed (f) or Converted (c):** 05/09/14 (f) |
| | **§341(a) Meeting Date:** 06/11/14 |
| **Period Ending:** 05/06/21 | **Claims Bar Date:** 09/11/14 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | PARKING LOT- 241-02 MERRICK BLVD | 239,670.00 | 0.00 | | 785,254.33 | FA |
| 2 | PARKING LOT-242 STREET ROSEDALE, NY | 61,116.00 | 0.00 | | 785,254.33 | FA |
| 3 | PARKING LOT- 133-64 242ND STREET | 121,179.00 | 0.00 | | 785,254.33 | FA |
| 4 | PARKING LOT-134-23 BROOKVILLE BLVD | 127,770.00 | 0.00 | | 785,254.33 | FA |
| 5 | PARKING LOT - 134-11 BROOKVILLE BLVD | 172,350.00 | 0.00 | | 785,254.33 | FA |
| 6 | PARKING LOT-240-10 MERRICK BLVD | 196,960.00 | 0.00 | | 785,254.35 | FA |
| 7 | OVERPAYMENT OF OPEN TAX LIENS FROM CLOSING (u) | Unknown | 0.00 | | 0.00 | FA |
| 7 | **Assets** **Totals** (Excluding unknown values) | **$919,045.00** | **$0.00** | | **$4,711,526.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

file tFR

5/16/14 The Trustee prepared and efiled the Order, Application    and Affirmation in Support for the Retention of Certilman Balin Adler and Hyman as    Attorneys to the Trustee.

06/06/2014- The Trustee sent correspondence to the debtors    attorney requesting copies of books and records including tax    returns and bank statements.

6/12/14 The Trustee e-filed Discovery of Assets.

06/27/20414- The Trustee has filed a Motion to Reject the lease    held on the debtors properties by Grady Hodges. That way when    the property is sold it will be sold free and clear. The motion   is   scheduled for August 7, 2014 at 2:30 p.m. This case is   related to the Chapter 7 Case of Annette Apergis(14-41043). The Trustee has entered into a Stipulation with the secured   creditor, DLJ   Mortgage Capital to allow a carveout to the   trustee and   his   administrative professionals, as well as a  distribution to the   unsecured creditors. The Stipulation has   been served upon   all   creditors and parties in interest. Objections are to be   filed by   July 18, 2014 and if there are   objections, a hearing   will be   held on August 7, 2014 at 2:30  p.m. If there are no   objections   filed, then the Stipulation  will be signed on July   25, 2014.

07/01/2014- The Judge has requested a hearing on the Stipulation    with DLJ and the hearing will take place on August 7, 2014 at    2:30 p.m.

07/11/2014- The Trustee prepared and filed the Application to    Retain MYC  & Associates as real estate broker to the Trustee to    sell the Rosedale Properties.

08/08/2014- The hearing on the Motion to Dismiss, the Motion to    Reject the Lease and the 506(c) stipulation were adjourned to    August 25, 2014 at 2:00 p.m. The Notice of Hearing regarding   the   lease rejection motion was served on additional parties.

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 114-42320 | **Trustee:** (521290)   RICHARD J. McCORD |
| **Case Name:** THE AXXION GROUP, LLC | **Filed (f) or Converted (c):** 05/09/14 (f) |
| | **§341(a) Meeting Date:** 06/11/14 |
| **Period Ending:** 05/06/21 | **Claims Bar Date:** 09/11/14 |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

08/25/2014- The Trustee and counsel have a filed a Motion for      Contempt against the Siegels and their counsel and a Motion to     Approve the Bidding Procedures. The Motions are returnable on      August 25, 2014 at 2:00 p.m.  In addition, an amended 506(c)     Stipulation was filed.

08/26/2014- All motions have been adjourned to September 8, 2014     at 1:00 p.m.

09/09/2014- On September 9, 2014, the Order Pursuant to Sections      105(a) and 363 of the Bankruptcy Code Approving Bid    Protections, Bid Procedures and Auction Relating Thereto and    Granting Related Relief was entered. The Auction will be held on    December 17,  2014 at 10:00 am. The hearing to confirm the bidder will be held  on December 18, 2014 at 2:30 p.m. Pursuant   to the Bid  Procedures, the required bid documents and the   deposit are to be  received by December 8, 2014. Trustee's   counsel will notify those competing  bidders who have submitted    qualified bids and the  stalking horse  bidder of all qualified   bids by December 11,  2014.

09/15/2014- The Trustee has received the deposit from IVY      regarding its offer to purchase the Debtors real properties for    the sum of $3.4 million dollars. The sale will also include the    purchase of the parking lots in the Annette Apergis   bankruptcy.   The contract of sale has been signed and the motion to approve   same will be filed shortly. In addition, the   Trustee has  entered   into 506(c) stipulations with secured   creditors DLJ  Mortgage and  Jeffrey and Richard Siegel and Blue Ridge Farms.

09/26/2014- The Trustee has prepared and filed the Order and     Application to Employ EisnerAmper as accountants to the Trustee.

10/10/2014- On September 21, 2014, the Order rejecting the Hodges Lease was entered. The potential purchaser is proceeding with     obtained the Environmental Phases in connection with the   purchase of the properties. There is a Motion for contempt   pending in New York State Supreme Court, which is currently   returnable on   October 14, 2014.

10/17/2014- The Trustee and counsel have served the Notice of     Motion for Order Pursuant to 11 U.S.C. Sections 105 and 363      approving agreement of stalking horse bidder and related relief,    which is returnable on November 20, 2014 and objections are  to   be filed by November 13, 2014.

11/06/2014- The Trustee sent correspondence to counsel for the     debtors requesting various information pertaining to the      properties.

11/24/2014- There was a limited objection filed to the Stalking      Horse Motion. The objection was overruled as it was filed  late.   On November 24, 2014, the Order Pursuant to Sections 105 and   363  of the Bankruptcy Code Approving Agreement of Sale  with By and   Between the Trustee and the Stalking Horse Bidder  and granting   related relief was entered. All bids are due by   December 8, 2014,   the auction is scheduled for December 17  and the sale   confirmation hearing is scheduled for December  18,  2014.

12/08/2014- The Trustee has received a higher bid from 240-10 LLC for the purchase of the Axxion/Apergis properties. The bid is    $3.650 million and the Trustee has received the deposit of    $400,000.00 for this purchase offer.

12/18/2014- The auction was held on December 17, 2014 and the      highest bid was received from Ivy Holdings in the amount of $5.4    million dollars. The sale confirmation hearing is scheduled  for   December 18, 2014 at 2:30 p.m.

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 114-42320 | | Trustee: | (521290) | RICHARD J. McCORD |
|---|---|---|---|---|---|
| Case Name: | THE AXXION GROUP, LLC | | Filed (f) or Converted (c): | 05/09/14 (f) | |
| | | | §341(a) Meeting Date: | 06/11/14 | |
| Period Ending: 05/06/21 | | | Claims Bar Date: | 09/11/14 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

12/18/2014- The additional deposit in the total amount of    $840,000.00 has been received.

12/23/2014- The Order Confirming Sale of the Chapter 7 Trustee's    Sale of the Debtors Real Properties was signed on December  22,   2014.

01/07/2015- The Real Estate Brokers Report of Sale of the Real    Properties has been filed.

01/14/2015- The closing was scheduled for January 22, 2015. A    Complaint has been filed by Garden Market and Moonlight    Management Group against the Axxion Group Ltd and Richard J.    McCord as Trustee for the entry of a declaratory judgment. An    Answer to the Complaint is due by February 13, 2015 and the first pre-trial  conference is scheduled for March 18, 2015.

1/30/2015- The Trustee spoke with Bill at Marshal Daley's office    with respect to funds the City of New York received in    connection with two judgments obtained against Annette Apergis,    et al.  Bill advised the Trustee that these funds were turned    over to Massoud and Pashkoff, Esqs. and that the Marshal is not   taking  any further action at this time.

03/02/2015- The closing for the sale of the real properties    proceeded on February 27, 2015 and was completed. The Trustee    received the wire sum of $2,595,328.07 from the transaction.    Pursuant to the sale order entered on December 22, 2014, the    Trustee is to hold the sale proceeds in escrow pending further determination by the Court as to who will receive the sale    proceeds.

03/02/2015- Pursuant to the Bidding Procedures, approved pursuant to Court Order dated September 9, 2014, as the closing has    proceeded and was successful, the Trustee has returned the    back-up bidders deposit in the amount of $400,000.00.

03/09/2015- In connection with the adversary proceeding, the    Trustee filed a Motion to Dismiss the Complaint. A Scheduling    Order was issued. Plaintiff filed a response to the Motion to    Dismiss. The Trustee filed a Declaration and Memorandum of Law in  Further Support of Motion to Dismiss and in Reply to   Opposition. the pre-trial conference is scheduled for March 18,   2015.

04/24/2015- The Applications for Compensation for the Trustee,    Certilman Balin Adler & Hyman, LLP as counsel for the Chapter 7    Trustee, the Application of MYC & Associates, as real estate    broker to the Trustee have been filed. The Motion for the Trustee to retain the funds for the unsecured creditors pursuant to the    carve-out and to modify the 506(c) stipulations have also been    filed and all are returnable on May 21, 2015 at 11:00 a.m. In    addition, the adversary proceeding commenced by Garden Market  and Moonlight Management against the Trustee and the Debtors and  the  adversary proceeding commenced by DLJ is also returnable on  May  21, 2015 at 11:00 a.m.

05/11/2015- The Trustee agreed to adjourn the motion to modify    careveouts and all fee applications except MYC to June 25, 2015    at 9:00 a.m. the Motion for summary judgment and pre-trial    conferences are  returnable on May 21, 2015.

06/09/2015- The adversary proceeding pre-trial conferences were    held on May 21, 2015, and the Motion for Summary Judgment was    taken under advisement.

06/11/15- The Order Granting Application for Allowance of    Compensation and Reimbursement of Expenses to MYC & Associates,    Inc. as Real Estate Broker to the

Exhibit 8

Page: 4

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 114-42320 | **Trustee:** (521290) RICHARD J. McCORD |
| **Case Name:** THE AXXION GROUP, LLC | **Filed (f) or Converted (c):** 05/09/14 (f) |
| | **§341(a) Meeting Date:** 06/11/14 |
| **Period Ending:** 05/06/21 | **Claims Bar Date:** 09/11/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |

Chapter 7 Trustee was signed  on June 1, 2015. MYC was awarded fees in the amount of  $324,000.00   and expenses in the amount of $11,352.57. The sales price was  allocated 1/4 to the estate of Apergis and the  remaining funds to the Axxion estate, so therefore, the fees to  MYC will paid 1/4   from the Apergis estate and the remaining  amount to be paid from  the Axxion estate. The total sum to  be  paid from the Apergis  estate will be $81,000.00 for fees and  $2,838.14 for expenses and Axxion will pay $243,000.00 for fees  and $8,514.43 for expenses.

In addition, the Order Pursuant to 11 U.S.C. Sections 105 and 363 Authorizing trustee to Release from Trustee's Escrow Account   $90,000.00 Credit Due to IVY CIP Lane Holding LLC in Accordance   with Agreement of Sale Regarding the Axxion and Apergis Parking   Lots was signed on June 1, 2015. Based upon same, the Trustee  has distributed the sum of $22,500.00 from the Apergis Estate  (1/4   from Apergis, remaining from Axxion as was the allocation of the  sale proceeds).

06/17/2015 - The Trustee executed and returned the Stipulation   Amending Stipulation Regarding Sale of Estate Property and   Carve-outs for Benefit of Trustee and Creditors.

08/06/2015- On July 30, 2015, the hearings were held as to   Trustee's motion to modify the carve-out stipulation and to   retain the funds in escrow for the benefit of the unsecured   creditors and the first application of Certilman Balin was   granted to the extent that they were granted fees up to   $125,000.00, to be allocated 1/4 from the Apergis estate and 3/4   from the Axxion estate. The Notice of Settlement of these  Orders has been filed. If no objections are filed by August 14,  2015,   the Orders are scheduled to be signed on August 17, 2015.

09/10/2015- The fee hearing has been adjourned by the Court from   October 1, 2015 to November 12, 2015 at 2:30 p.m.

12/3/15- On September 5, 2015, the Court. entered the Order   Approving, in Part, the First Application of Certilman Balin   Adler & Hyman, LLP, Attorneys for the Chapter 7 Trustee for   Interim Allowance of Compensation and Reimbursement of Expenses   for Services Rendered During the Period of May 21, 2014 through  March 30, 2015 pursuant to 11 U.S.C. Section 506(c). Pursuant  to  said Order, Certilman was awarded fees in the amount of   $93,750.00. The Trustee has disbursed said funds.

01/15/2016- On November 16, 2015, the Order Approving the First   Application of Richard J. McCord, Esq. Chapter 7 Trustee for   Paymetn of Statutory Commissions Pursuant to 11 U.S.C. Section    326 and 506(c) in connection with the Sale of Real Property was   entered in both the Axxion Group case and the related case of   Annette Apergis. In the Axxion Group case, the Trustee was   awarded commissions in the amount of $131,484.84 and in the   Annette Apergis case the Trustee was awarded $62,382.52. These   funds have been disbursed.

01/18/2016- The adversary proceeding commenced by DLJ Mortgage   capital is still pending in the related case of The Axxion Group. The last pre-trial conference was held on January 15, 2016. The   Court has not yet rendered a decision on the motion for summary  judgment as to the disbursement of the sale proceeds that the  Trustee is holding in escrow.

01/18/2016- The Trustee has received a check from First   Nationwide Title Agency LLC in the amount of $16.03, which   represents an overage collected at the time of closing to pay   open tax liens.

02/02/2016- The next pre-trial conference is scheduled for March   10, 2016 at 2:30 p.m.

04/26/2016- No decision has been rendered as to the sale   proceeds. The adversary proceeding is still pending and the next   pre-trial conference is scheduled for

Exhibit 8

Page: 5

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 114-42320 | **Trustee:** (521290) RICHARD J. McCORD | |
| **Case Name:** THE AXXION GROUP, LLC | **Filed (f) or Converted (c):** 05/09/14 (f) | |
| | **§341(a) Meeting Date:** 06/11/14 | |
| **Period Ending:** 05/06/21 | **Claims Bar Date:** 09/11/14 | |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

June 8, 2016 at 3:00 p.m.

06/07/2016- The court adjourned the pre-trial conferences in the  adversary proceedings to August 4, 2016 at 3:00 p.m.

07/08/2016- The Trustee has been advised by his accountants that  a more precise allocation of the sale proceeds would be based  upon square footage. The Trustee has filed a Motion with the  Court to Authorizing the Trustee to Reallocate the Proceeds from  the Sale of the Real Properties and transfer the sum of $661,526.00 from the Apergis estate to the Axxion Estate.   Objections are to be filed by August 4, 2016 at 4:00 p.m. and the hearing is scheduled for August 11, 2016 at 3:00 p.m.

09/27/2016- The matter was settled as to the adversary proceeding  commenced by DLJ against the Siegels, Blue Ridge Farms, Garden  Market, Moonlight Management, et al. The parties entered into a  stipulation whereby the action was dismissed. The Defendants  consented to the immediate entry of the Order granting the DLJ  Motion and the Trustee shall distribute the proceeds form the  sale of the Parking Lots to DLJ. The Order was entered on  September 20, 2014. becomes final and non-appealable on October  4, 2016. On September 26, 2016, the Order Authorizing the Trustee to Reallocate the Proceeds from the Sale of the Real Properties   was entered in both cases.  The final tax returns have been  filed for each estate.

10/12/2016- As the Order Authorizing the Trustee to Reallocate   the Proceeds from the Sale of the Real Properties is final and   non-appealable,  a check has been drawn from the estate of  Annette Apergis, made payable to the estate of the Axxion Group,   in the amount of $661,526.00 and deposited in the estate of the  Axxion Group.

10/14/2016- Pursuant to the Stipulation and Order between all  parties resolving the adversary proceeding as to the sale  proceeds, which was "So Ordered" on September 20, 2016, the  Trustee has disbursed the sum of $3,581,686.73 to Hahn & Hessen,  LLP, as Attorneys for DLJ Mortgage Corporation, which represents the remaining sale proceeds, after the allocation to the  unsecured creditors in the amount of $135,934.10 (which was  approved pursuant to Court Order dated October 12, 2015) and the  sum of $7,500.00 to be paid to EisnerAmper, as accountants to the  Trustee pursuant to the cap of the 506(c) carve- once Court   approval is obtained.

11/10/2016- The Trustee has prepared and filed the Notice of  Motion and Application in Support on the Chapter 7 Trustee's  First Omnibus Motion to Disallow Expunge and Reclassify Claims  Numbered 2, 3, 4, 5, 6, 7, 8 and 9. The motion is returnable on  December 15, 2016 at 11:00 a.m. and objections are to be filed by December 8, 2016 at 4:00 p.m.

11/16/2016- The Trustee has filed the Notice of Motion and  Application in Support for Order Authorizing (i) the Modification of the Carve-Out Stipulation with DLJ Mortgage Capital, Inc;  (ii) Authorizing the Trustee to Disburse the Interim Distribution to DLJ Mortgage Capital, Inc. from the Estate of the Axxion  Group; (iii) Authorizing the Trustee to Disburse the Interim  Distribution to Certilman Balin Adler & Hyman, LLP, as Counsel to the Chapter 7 Trustee from its First Fee Application Filed with  the Court on April 24, 2015 Pursuant to Modified Carve-Out  Stipulation with DLJ Mortgage Capital, Inc.; (iv) Granting the  First and Final Application of EisnerAmper LLP, as Accountants to the Chapter 7 Trustee for the Period From November 3, 2014  through September 30, 2016; (v) Authorizing the Trustee to Disburse the Awarded Fees and Expenses to EisnerAmper LLP; and  (vi) Granting Related Relief, whis is returnable on December 15,  2016 and objections are to be filed by December 8, 2016.

Exhibit 8

Page: 6

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 114-42320 | **Trustee:** (521290) RICHARD J. McCORD | |
| **Case Name:** THE AXXION GROUP, LLC | **Filed (f) or Converted (c):** 05/09/14 (f) | |
| | **§341(a) Meeting Date:** 06/11/14 | |
| **Period Ending:** 05/06/21 | **Claims Bar Date:** 09/11/14 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |

12/22/2016- The Order Granting Chapter 7 Trustee's First Omnibus  Objection to Claims Numbered 2, 3, 4, 5, 6, 7 8 and 9 was  entered on December 22, 2016. The Order Authorizing (i) the  modification of the carve-out stipulation with DLJ Mortgage  Capital Inc (ii)  Authorizing the Trustee to Disburse the Interim Distribution to  DLJ Mortgage Capital Inc from the Estate of the Axxion Goup;  (iii) Authorizing the Trustee to Disburse the  Interim  Distribution to Certilman Balin Adler  & Hyman, LLP as Counsel to the Chapter 7 Trustee from its First Fee Application  Filed with  the  Court on April 24, 2015 Pursuant to the Modified  Carve-Out  Stipulation with DLJ Mortgage Corporation Inc; (iv)  Granting the  First and Final Fee Application of EisnerAmper LLP  Accountants to the Chapter 7 Trustee for the Period from November 3, 2014  trhoguh September 30, 2016l (v) Authorizing the Trustee to  Disburse the Awarded Fee and Expenses to EisnerAmper LLP and (vi) Granting Related Relief. was entered on December 22, 2016.  The  Orders will be final and non appealable on January 6, 2017.

01/16/2017-As the Orders have become final and non-appealed,   the Trustee has disbursed the sum of $40,934.10 to Certilman   Balin Adler & Hyman, LLP as interim distribution from its fee   application filed with the Court on April 24, 2015, the sum of   $95,000.00 to DLJ Mortgage Capital Inc for the interim   distribution pursuant to the modification of the 506(c)   Stipulation, and the sum of $7,500.00 to EisnerAmper LLP as   accountants to the Chapter 7 Trustee, all disbursed pursuant to   Court Order dated December 22, 2016. Upon the checks being   cashed, the Trustee will prepare the final report.

08/11/20- The Trustee has kept this case open pending the State Court litigation which was still pending in this case and the related case, Annette Apergis. As this litigation appears to be near completion and there are no further assets to administer in this case, the Trustee will review the file for closure. The Trustee has filed the request for Clerk Fees .

10/07/20- The Trustee has prepared and filed the final report with the Office of the United States Trustee.

10/30/20- The corrected final report has been sent to the Office of the United States Trustee.

11/23/20- The Trustee's Final Report was approved and filed with the Court on November 12, 2020. The Trustee has uploaded the necessary orders to Chambers.

11/24/20- Pursuant to discussion with the Court, the final hearing has been scheduled for January 6, 2021 at 11:30 a.m.

01/13/21- There were no objections to the final report and the hearing was held. The Trustee is awaiting the order to be issued.

01/25/21- The Order Approving the Trustee's Final Report and Granting Application for Final Commissions for Trustee and Granting Final Compensation to Certilman Balin Adler & Hyman, LLP as counsel to the Trustee was signed on January 22, 2021. The Order approved the final report, awarded the final award of commissions and legal fees previously awarded pursuant to Court Order. Once the checks are cashed from the related Apergis case, the Trustee will file the Affidavit of Final Distribution.

04/20/21-The Trustee has submitted the Affidavit of Final Distribution to the Office of the United States Trustee.

Exhibit 8

Page:  7

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 114-42320 | **Trustee:** (521290) RICHARD J. McCORD | |
| **Case Name:** THE AXXION GROUP, LLC | **Filed (f) or Converted (c):** 05/09/14 (f) | |
| | **§341(a) Meeting Date:** 06/11/14 | |
| **Period Ending:** 05/06/21 | **Claims Bar Date:** 09/11/14 | |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   May 1, 2016          **Current Projected Date Of Final Report (TFR):**   October 7, 2020  (Actual)

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 114-42320 | |
| **Case Name:** | THE AXXION GROUP, LLC | |
| | | |
| **Taxpayer ID #:** | **-***7203 | |
| **Period Ending:** | 05/06/21 | |

| | |
|---|---|
| **Trustee:** | RICHARD J. McCORD (521290) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******6466 - Checking Account |
| **Blanket Bond:** | $42,742,595.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/12/14 | | IVY CIP Land Holding, LLC | Funds for the deposit for the purchase of the Debtors real properties | | | 382,500.00 | | 382,500.00 |
| | {1} | | Funds for the deposit for the purchase of the Debtors real properties | 63,750.00 | 1110-000 | | | 382,500.00 |
| | {2} | | Funds for the deposit for the purchase of the Debtors real properties | 63,750.00 | 1110-000 | | | 382,500.00 |
| | {3} | | Funds for the deposit for the purchase of the Debtors real properties | 63,750.00 | 1110-000 | | | 382,500.00 |
| | {4} | | Funds for the deposit for the purchase of the Debtors real properties | 63,750.00 | 1110-000 | | | 382,500.00 |
| | {5} | | Funds for the deposit for the purchase of the Debtors real properties | 63,750.00 | 1110-000 | | | 382,500.00 |
| | {6} | | Funds for the deposit for the purchase of the Debtors real properties | 63,750.00 | 1110-000 | | | 382,500.00 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 330.10 | 382,169.90 |
| 10/02/14 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | | 2600-000 | | -330.10 | 382,500.00 |
| 12/05/14 | {1} | RW Real Est Group, LLC/240-10 LLC | Deposit for bid by 240-10 LLC to purchase the Trustee's right, title and interest in the Axxion Group and Annette Apergis Properties for $3.650 million | | 1110-000 | 400,000.00 | | 782,500.00 |
| 12/18/14 | | Ivy Realty Fund III LP | Funds for the deposit for the purchase of the Debtors real properties | | | 504,000.00 | | 1,286,500.00 |
| | {1} | | Funds for the deposit for the purchase of the Debtors real properties | 84,000.00 | 1110-000 | | | 1,286,500.00 |
| | {2} | | Funds for the deposit for the purchase of the Debtors real properties | 84,000.00 | 1110-000 | | | 1,286,500.00 |
| | {3} | | Funds for the deposit for the purchase of the Debtors real properties | 84,000.00 | 1110-000 | | | 1,286,500.00 |
| | {4} | | Funds for the deposit for | 84,000.00 | 1110-000 | | | 1,286,500.00 |

| | | | | |
|---|---|---|---|---|
| | | Subtotals : | $1,286,500.00 | $0.00 |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 114-42320 | **Trustee:** RICHARD J. McCORD (521290) |
| **Case Name:** THE AXXION GROUP, LLC | **Bank Name:** Mechanics Bank |
| | **Account:** ******6466 - Checking Account |
| **Taxpayer ID #:** **-***7203 | **Blanket Bond:** $42,742,595.00  (per case limit) |
| **Period Ending:** 05/06/21 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | the purchase of the<br>Debtors real properties | | | | |
| | {5} | | Funds for the deposit for        84,000.00<br>the purchase of the<br>Debtors real properties | 1110-000 | | | 1,286,500.00 |
| | {6} | | Funds for the deposit for        84,000.00<br>the purchase of the<br>Debtors real properties | 1110-000 | | | 1,286,500.00 |
| 12/18/14 | | Ivy Realty Fund II, LP | Funds for the deposit for the purchase of the<br>Debtors real properties | | 126,000.00 | | 1,412,500.00 |
| | {1} | | Funds for the deposit for        21,000.00<br>the purchase of the<br>Debtors real properties | 1110-000 | | | 1,412,500.00 |
| | {2} | | Funds for the deposit for        21,000.00<br>the purchase of the<br>Debtors real properties | 1110-000 | | | 1,412,500.00 |
| | {3} | | Funds for the deposit for        21,000.00<br>the purchase of the<br>Debtors real properties | 1110-000 | | | 1,412,500.00 |
| | {4} | | Funds for the deposit for        21,000.00<br>the purchase of the<br>Debtors real properties | 1110-000 | | | 1,412,500.00 |
| | {5} | | Funds for the deposit for        21,000.00<br>the purchase of the<br>Debtors real properties | 1110-000 | | | 1,412,500.00 |
| | {6} | | Funds for the deposit for        21,000.00<br>the purchase of the<br>Debtors real properties | 1110-000 | | | 1,412,500.00 |
| 02/27/15 | | First Nationwide Title | Funds from the Sale of the Debtors Real<br>Properties | | 2,595,328.07 | | 4,007,828.07 |
| | {1} | | Funds from the Sale of      506,250.00<br>the Debtors Real<br>Properties | 1110-000 | | | 4,007,828.07 |
| | {2} | | Funds from the Sale of      506,250.00<br>the Debtors Real<br>Properties | 1110-000 | | | 4,007,828.07 |
| | {3} | | Funds from the Sale of      506,250.00<br>the Debtors Real<br>Properties | 1110-000 | | | 4,007,828.07 |

Subtotals :          $2,721,328.07          $0.00

Exhibit 9

Page:  3

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 114-42320 | |
| **Case Name:** | THE AXXION GROUP, LLC | |
| | | |
| **Taxpayer ID #:** | **-***7203 | |
| **Period Ending:** | 05/06/21 | |

| | |
|---|---|
| **Trustee:** | RICHARD J. McCORD (521290) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******6466 - Checking Account |
| **Blanket Bond:** | $42,742,595.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | {4} | | Funds from the Sale of       506,250.00<br>the Debtors Real<br>Properties | 1110-000 | | | 4,007,828.07 |
| | {5} | | Funds from the Sale of       506,250.00<br>the Debtors Real<br>Properties | 1110-000 | | | 4,007,828.07 |
| | {6} | | Funds from the Sale of       506,250.00<br>the Debtors Real<br>Property | 1110-000 | | | 4,007,828.07 |
| | | | Seller Credit for RE         5,954.91<br>Taxes | 1110-000 | | | 4,007,828.07 |
| | | | Recording Fees to First      -1,170.00<br>Nationwide Title Agency | 2500-000 | | | 4,007,828.07 |
| | | | Transfer Tax to New          -16,200.00<br>York State | 2500-000 | | | 4,007,828.07 |
| | | | Transfer Tax to New          -106,312.50<br>York City | 2500-000 | | | 4,007,828.07 |
| | | | Escrow for all open tax      -202,901.35<br>items | 2500-000 | | | 4,007,828.07 |
| | | | Escrow Service Fee           -56.25 | 2500-000 | | | 4,007,828.07 |
| | | | Payoff to Wells              -121,486.74<br>Fargo/Garrison Loan<br>Agency Services | 2500-000 | | | 4,007,828.07 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,760.78 | 4,006,067.29 |
| 03/02/15 | 101 {1} | RW Real Estate Group, LLC | Refund of deposit to back- up bidder for sale of<br>debtors properties approved pursuant to Ct.<br>Order dated September 9, 2014 | 1110-000 | -400,000.00 | | 3,606,067.29 |
| 03/10/15 | | Rabobank, N.A. | Bank and Technology Services Fee<br>Adjustment | 2600-000 | | -1,760.78 | 3,607,828.07 |
| 06/11/15 | 102 | MYC & Associates, Inc. | Payment of Commissions to Real Estate<br>Broker to the Chapter 7 Trustee Pursuant to<br>Court Order dated June 1, 2015 | 3510-000 | | 243,000.00 | 3,364,828.07 |
| 06/11/15 | 103 | MYC & Associates, Inc. | Payment of Expenses to Real Estate Broker to<br>the Chapter 7 Trustee Pursuant to Court Order<br>dated June 1, 2015 | 3520-000 | | 8,514.43 | 3,356,313.64 |
| 06/11/15 | 104 | IVY CIP Land Holdings LLC | Release of  the credit approved by the Court<br>purs.to Agreement Approval Order and Bidding<br>Procedures Order purs. to Court Order dated<br>June 1, 2015 | 2990-000 | | 67,500.00 | 3,288,813.64 |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 114-42320
**Case Name:** THE AXXION GROUP, LLC

**Taxpayer ID #:** **-***7203
**Period Ending:** 05/06/21

**Trustee:** RICHARD J. McCORD (521290)
**Bank Name:** Mechanics Bank
**Account:** ******6466 - Checking Account
**Blanket Bond:** $42,742,595.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/03/15 | 105 | Certilman Balin Adler & Hyman, LLP | Payment of Interim Fees and Expenses to Attorneys for the Chapter 7 Trustee Pursuant to Court Order dated September 5, 2015 | 3110-000 | | 93,750.00 | 3,195,063.64 |
| 01/15/16 | 106 | Richard J. McCord | Payment of Trustee's Statutory Commissions pursuant to Court Order dated Novemebr 16, 2015 | 2100-000 | | 131,484.84 | 3,063,578.80 |
| 01/18/16 | | First Natiionwide Title Agency LLC | Funds received from the title agency as to overage collected at the time of closing to pay open tax liens | | | -16.03 | 3,063,594.83 |
| | | | 16.03 | 2500-000 | | | 3,063,594.83 |
| | | | -32.06 | 2500-000 | | | 3,063,594.83 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,677.59 | 3,060,917.24 |
| 02/04/16 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -2,677.59 | 3,063,594.83 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,677.59 | 3,060,917.24 |
| 08/10/16 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -2,677.59 | 3,063,594.83 |
| 10/12/16 | | Estate of Annette Apergis | Reallocation of funds from the Apergis Estate to the Axxion Estate Pursuant to Court Order Dated September 26, 2016 | | 661,526.00 | | 3,725,120.83 |
| | {1} | | Reallocation of Sale          110,254.33<br>Proceeds | 1110-000 | | | 3,725,120.83 |
| | {2} | | Reallocation of Sale          110,254.33<br>Proceeds | 1110-000 | | | 3,725,120.83 |
| | {3} | | Reallocation of Sale          110,254.33<br>Proceeds | 1110-000 | | | 3,725,120.83 |
| | {4} | | Reallocation of Sale          110,254.33<br>Proceeds | 1110-000 | | | 3,725,120.83 |
| | {5} | | Reallocation of Sale          110,254.33<br>Proceeds | 1110-000 | | | 3,725,120.83 |
| | {6} | | Reallocation of Sale          110,254.35<br>Proceeds | 1110-000 | | | 3,725,120.83 |
| 10/14/16 | 107 | Hahn & Hessen LLP, as attorneys for DLJ Mortgage Capital Inc | Pymt to secured creditor DLJ Mortgage Capital, Inc., of sale proceeds from the sale of Debtor's Parking Lots, Block 13204Lots 97 104 Block 13205Lots 34 48 50 pursuant to Ct Order dated September 20, 2016 | 4110-000 | | 3,581,686.73 | 143,434.10 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 192.02 | 143,242.08 |
| 12/05/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | -192.02 | 143,434.10 |

Subtotals :   $661,526.00   $3,806,905.54

{} Asset reference(s)

Printed: 05/06/2021 09:01 AM    V.20.33

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 114-42320 | | Trustee: | RICHARD J. McCORD (521290) |
|---|---|---|---|---|
| Case Name: | THE AXXION GROUP, LLC | | Bank Name: | Mechanics Bank |
| | | | Account: | ******6466 - Checking Account |
| Taxpayer ID #: | **-***7203 | | Blanket Bond: | $42,742,595.00  (per case limit) |
| Period Ending: | 05/06/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Adjustment | | | | |
| 01/16/17 | 108 | Certilman Balin Adler & Hyman, LLP | Payment of Interim Dist. Purs. to Fee App filed on April 24, 2015, Approved Purs. to Ct. Order dated December 22, 2016 | 3110-000 | | 40,934.10 | 102,500.00 |
| 01/16/17 | 109 | Hahn & Hessen LLP, as attorneys for DLJ Mortgage Capital Inc | Payment of Interim Distribution to Secured Creditor Pursuant to Court Order dated December 22, 2016 | 4110-000 | | 95,000.00 | 7,500.00 |
| 01/16/17 | 110 | EisnerAmper LLP | Payment of Fees and Expenses to Accountants for the Trustee Pursuant to Court Order dated December 22, 2016 | 3310-000 | | 7,500.00 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 4,269,354.07 | 4,269,354.07 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 4,269,354.07 | 4,269,354.07 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $4,269,354.07 | $4,269,354.07 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******6466 | 4,269,354.07 | 4,269,354.07 | 0.00 |
| | $4,269,354.07 | $4,269,354.07 | $0.00 |